IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NOS. 3:08cv370 & 3:08cv389

| | |
|---|---|
| DAMION HURTH, ) ) Plaintiff, ) ) vs. ) BRADMAN LAKE GROUP a/k/a ) LANGLEY HOLDINGS Plc, and ) BRADMAN LAKE, INC., ) ) Defendants. ) _____ ) JEFFREY L. BROWN, BARRY WEST, ) CARLOS MCCUNE, KEVIN D. ) CALLAHAN, and JEFFREY TAYLOR, ) ) Plaintiffs, ) ) vs. ) BRADMAN LAKE GROUP a/k/a ) LANGLEY HOLDINGS Plc, and ) BRADMAN LAKE, INC., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Consolidate [Doc. 18], filed in the case of Hurth v. Bradman Lake Group, et al., Civil Case No. 3:08cv370.

For the reasons stated in the motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Motion to Consolidate [Doc. 18] is **ALLOWED**, and this action is hereby **CONSOLIDATED** with Brown, et al. v. Bradman Lake Group, et al., Civil Case No. 3:08cv389, in accordance with Rule 42(a) of the Federal Rules of Civil Procedure. Civil Case No. 3:08cv370 is hereby designated the lead case, and Civil Case No. 3:08cv389 is closed. Pursuant to Local Rule 5.2.1(E), all future proceedings will be docketed and filed in the designated lead case only.

**IT IS SO ORDERED.**

Signed: October 15, 2008

Martin Reidinger
United States District Judge